DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BRANDON L. HAWKINS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-1305

[January 29, 2026]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Michael Linn, Judge; L.T. Case No. 562014CF001532A.

Brandon L. Hawkins, Sneads, pro se.

James Uthmeier, Attorney General, Tallahassee, and Sorraya M. Solages-Jones, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***